# Court of Appeals
# of the State of Georgia

ATLANTA, _December 03, 2013_

*The Court of Appeals hereby passes the following order:*

**A14A0496.  CHRISTINE BROWN v. CAREER USA, et al.**

Christine Brown filed this direct appeal from a superior court order, which affirmed the ruling of the State Board of Workers' Compensation. We lack jurisdiction. An appeal from a decision of the superior court reviewing a decision of the State Board of Workers' Compensation must be brought by application for discretionary appeal. OCGA § 5-6-35 (a) (1); *Adivari v. Sears, Roebuck & Co.*, 221 Ga. App. 279 (471 SE2d 59) (1996). Because Brown failed to follow the proper appellate procedure, her appeal is hereby DISMISSED for lack of jurisdiction.  See *Adivari*, supra.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* _12/03/2013_
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ , *Clerk.*